# MICHAEL J. REDENBURG, ESQ. PC
32 Broadway, Suite 811
New York, NY 10004

MICHAEL REDENBURG
ADMITTED NY & NJ
(PH) 212-240-9465
(CELL) 631-748-0601
(FAX) 917-591-1667
mredenburg@mjrlaw-ny.com

June 18, 2019

**Via ECF**
Chief Judge Carla E. Craig
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

Re:     **Adv. Proc. No. 18-1035 (CEC)**
         In re: *Edwin Moleros*; Case No.: 1-18-40744 (CEC)
         Daniel Hernandez v. Hard Surface Restoration, et. al.; 514069/2015

Your Honor,

I represent Daniel Hernandez in this matter.

The Court granted the parties' adjournment request and the matter has been adjourned to **August 20, 2019 at 2:30 p.m**.

Respectfully submitted,

Michael J. Redenburg

cc: cec_hearings@nyeb.uscourts.gov
    bhirschhorn@abzlaw.com