```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In Re:                                                              Chapter 7

       EDWIN MOLEROS                                                Case #: 1-18-40744-cec

               Debtor.
---------------------------------------------------------------X
DANIEL HERNANDEZ,                                                   Adv. Proc. #: 1-18-01035-cec

               Plaintiff
       - against -
EDWIN MOLEROS,

               Defendant.
---------------------------------------------------------------X
```

### STIPULATION AND ORDER WITHDRAWING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND CAUSE OF ACTION OF THE COMPLAINT, SEEKING RELIEF UNDER 11 USC §727(A)(4)(A)

**WHEREAS**, Defendant EDWIN MOLEROS, (hereinafter referred to as "Defendant") filed a voluntary petition for relief under chapter 7 of Title 11, United States Code, 11 U.S.C. (Bankruptcy Code) on February 8, 2018; and

**WHEREAS**, Plaintiff DANIEL HERNANDEZ, (hereinafter referred to as "Plaintiff") filed the instant adversary proceeding with the filing of a Summons and Complaint on March 17, 2018; and

**WHEREAS**, Plaintiff's Second Cause of Action asserted claims for relief under 11 USC §727(A)(4)(A) based on allegedly false statements made on Debtor's Schedule E/F representing the amount of debt owed to the Plaintiff; and

**WHEREAS**, at the time of the filing of the Defendant's bankruptcy petition, a related case in Kings County Supreme Court entitled *Daniel Hernandez v. Hard Surface Restoration Inc., and Edwin Moleros*, under index No: 514069/2015, (hereinafter "Supreme Court Litigation") was pending and any amounts owed were in dispute; and

**WHEREAS**, after litigation and trial, on or about July 2, 2019 the Hon. Carl J. Landicino issued a decision on the Supreme Court Litigation in favor of the Plaintiff, and the decision was entered in the Kings County Clerk's Office on July 15, 2019; and

**WHEREAS**, on or about August 21, 2019, Defendant filed a motion with this Court seeking dismissal of Plaintiff's Second Cause of Action which asserted claims pursuant to 11 U.S.C. §727(a)(4)(A), and

**WHEREAS**, the parties have reached an agreement resolving Defendant's motion,

**NOW, THEREFORE**, it is HEREBY STIPULATED AND AGREED TO BY AND BETWEEN Plaintiff and Defendant as follows:

1. Plaintiff's Second Cause of Action asserting claims under 11 U.S.C. §727(a)(4)(A) is hereby withdrawn with prejudice;

2. Defendant's Motion to Dismiss Plaintiff's Second Cause of Action filed with this Court on August 21, 2019, is hereby withdrawn with prejudice;

3. Both sides preserve all other rights and defenses as it relates to the claims asserted under Plaintiff's First Cause of Action in Plaintiff's Complaint dated March 17, 2018.

/s/ Btzalel Hirschhorn
Btzalel Hirschhorn, Esq.
**Shiryak, Bowman, Anderson, Gill & Kadochnikov, LLP**
80-02 Kew Gardens Rd., Suite 600
Kew Gardens, NY 11415
718-263-6800
Bhirschhorn@sbagk.com
*Counsel for Defendant Moleros*

/s/ Michael J. Redenburg
Michael J. Redenburg, Esq.
**Michael J. Redenburg, Esq. PC**
32 Broadway, Suite 811
New York, NY 10004
212-240-9465
Mredenburg@mjrlaw-ny.com
*Counsel for Plaintiff Hernandez*



**Dated: Brooklyn, New York**
**September 3, 2019**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**