UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                Chapter 7

Edwin Moleros,                                                Case No. 18-40744-cec

                        Debtor.
-------------------------------------------------------------x
Daniel Hernandez,
                        Plaintiff,

-against-                                                             Adv. Pro. No. 18-1035-CEC

Edwin Moleros,
                        Defendant.
-------------------------------------------------------------x

## ORDER DIRECTING COMPLIANCE WITH
## E.D.N.Y. LOCAL BANKRUPTCY RULES 4004-1 AND 4007-1

WHEREAS, on March 17, 2018, Daniel Hernandez (the "Plaintiff") commenced an adversary proceeding against Edwin Moleros (the "Defendant") pursuant to 11 U.S.C. §§ 523 and 727; and

WHEREAS, on November 4, 2019, the parties filed a proposed stipulation discontinuing the adversary proceeding, and submitted the stipulation for approval by the Court; and

WHEREAS, E.D.N.Y. Local Bankruptcy Rule 4004-1 provides:

> A complaint objecting to discharge may be settled or dismissed only if the debtor or representative of the objecting party files an affidavit or affirmation setting forth what consideration, if any, has been paid or promised to the objecting party. The affidavit or affirmation must be served upon the trustee, all creditors, and other parties in interest.

AND WHEREAS, E.D.N.Y. Local Bankruptcy Rule 4007-1 provides:

> In all instances not governed by Bankruptcy Code § 524(d), an adversary proceeding objecting to dischargeability of a debt may be settled or dismissed only if a proponent of the settlement or dismissal files an affidavit or affirmation setting forth the terms of any agreement entered into between the debtor and creditor relating to the payment of the debt in whole or in part.

NOW, THEREFORE, it is

ORDERED, that the parties shall comply with E.D.N.Y. Local Bankruptcy Rules 4004-1 and 4007-1.



Dated: Brooklyn, New York
November 22, 2019

_____
**Carla E. Craig**
**United States Bankruptcy Judge**